**DISMISSED**

**OCTOBER 7, 1935**

*Charles H. Wyman & Co. et al.* v. *United States* (No. 3886).—*Timeliness of protest.* Appeal from T. D. 47548.

*United States* v. *Mexican American Hat Co.* (No. 3917).—*Chip hats-Harvest hats.* Appeal from Abstract 30251.

*United States* v. *Amtorg Trading Corp. et al.* (No. 3924).—*Reappraisement of Russian matches—Dumping duty.* Appeal from Reap. Dec. 3540.

**APRIL 15, 1935**

*Herman Lowenstein* v. *United States* (No. 3788).—*Leather.* Appeal from Abstract 25967.

**MAY 29, 1935**

*United States* v. *International Commerce Co.* (No. 3894).—*Portland cement-Countervailing duty-Favored nations.* Appeal from T. D. 47493.

**NOVEMBER 4, 1935**

*S. Z. Shirae* v. *United States* (*No. 3928*).—*Semiprecious stone articles-Works of art.* Appeal from Abstract 31208.

*S. Z. Shirae* v. *United States* (No. 3932).—*Semiprecious stone articles-Works of art.* Appeal from Abstract 31209.

*S. Z. Shirae* v. *United States* (No. 3929).—*Works of art-Sculpture.* Appeal from T. D. 47829.

**NOVEMBER 22, 1935**

*United States* v. *Maggi Co. Inc.* (No. 3907).—*Soup tablets.* Appeal from Abstract 30478.

**DECEMBER 16, 1935**

*United States* v. *R. J. Reynolds Tobacco Co.* (No. 3958).—*Cigarette paper-booklets-Reappraisement.* Appeal from Reap. Dec. 3690.

*R. J. Reynolds Tobacco Co.* v. *United States* (No. 3959).—*Cigarette paper-booklets-Reappraisement.* Appeal from Reap Dec. 3690.

**FEBRUARY 3, 1936**

*United States* v. *Harshaw Chemical Co. et al.* (No. 3860).—*Entered value-Duress* Appeal from Abstracts 29016 and 29018.

**FEBRUARY 6, 1936**

*United States* v. *J. Gottlieb* (No. 3954).—*Watch movements.* Appeal from T. D. 47916.

**FEBRUARY 24, 1936**

*W. X. Huber Co.* v. *United States* (No. 3942).—*Pine-ex bath capsules-Bath salts.* Appeal from Abstract 31275.

**MARCH 9, 1936**

*United States* v. *Associated Commercial Co.* (No. 3987).—*Bottles containing gin.* Appeal from Abstract 32654.

**REVERSED**

**APRIL 17, 1935**

*United States* v. *Keuffel & Esser Co.* (No. 3881).—*Field aneroids-Machines-Surveying instruments.* Appeal from Abstract 29482.